## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

ALLEN PAYNE, on behalf of himself, and )
all others similarly situated, )
                          )
Plaintiff, )
                          )      Civil Action No. 2:24-cv-02466-SHL-cgc
v. )
                          )
EVOLVE BANK AND TRUST, )
                          )
Defendant. )

## NOTICE OF APPEARANCE OF DANIEL W. VAN HORN

PLEASE TAKE NOTICE that Daniel W. Van Horn, of the law firm of BUTLER SNOW LLP, hereby enters his appearance on behalf of Defendant Evolve Bank & Trust and requests service of all filings and communications in this matter.  Mr. Van Horn may be contacted at the address, phone number and email in the signature block below.

THIS the 30th day of July 2024.

**BUTLER SNOW LLP**

By: */s/ Daniel W. Van Horn*
    DANIEL W. VAN HORN (TN 018940)
    ANDREW B. SCHRACK (TN 037624)

Attorneys for Defendant Evolve Bank & Trust
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 (fax)
danny.vanhorn@butlersnow.com
andrew.schrack@butlersnow.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED, this the 30th day of July 2024.

*/s/ Daniel W. Van Horn*
Daniel W. Van Horn